**Form ltast** (Revised 04/05/2017)

United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 23–20948

Chapter: 7

In re:

George Ray Marsh
1110 S. 50th Drive
Kansas City, KS 66106

SSN: xxx–xx–5692

Connie Sue Marsh
aka    Connie Coffey–Marsh
2220 S. 38th St.
Kansas City, KS 66106

SSN: xxx–xx–4023

**Entered By The Court
10/23/23**

**ORDER FIXING TIME FOR FILING CLAIMS
IN ORDER TO PARTICIPATE IN LATE DISCOVERED ASSETS
COMBINED WITH NOTICE THEREOF**

**Filed By The Court
10/23/23
David D. Zimmerman
Clerk of Court
US Bankruptcy Court**

The trustee has reported to the Court the recovery of assets which may permit the payment of partial/additional dividends to creditors.

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that any creditors who have not heretofore filed claims herein may now file claims, with appropriate attachments on or before:

**DEADLINE DATE: 1/31/24**

**For governmental units the LATER of
(1) 180 days after the date of the order for relief/voluntary petition,
or
(2) the deadline date indicated above.**

Claims filed after the deadline will not be considered for allowance.

You may complete and file an electronic proof of claim at www.ksb.uscourts.gov/epoc or a Proof of Claim form (Official Form B 410) can be obtained at the United States Courts web site, www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx, or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose an additional photocopy of the Proof of Claim together with a self–addressed stamped envelope. There is no fee for filing the Proof of Claim.

Document 17 – 16

s/   Robert D. Berger
U.S. Bankruptcy Judge